UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80609-CIV-MIDDLEBROOKS/WHITE

TORRES HOLMES
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant Torres Holmes' *pro se* successive motion to vacate sentence pursuant to 28 U.S.C. § 2255, alleging actual innocence. (DE 1). Petitioner's Motion was filed on June 14, 2013, and this matter was referred to the Honorable United States Magistrate Judge Patrick A. White. A Report and Recommendation ("Report") (DE 11) was filed on August 2, 2013. Judge White recommended that Plaintiff's Motion be dismissed. Objections to the Report were due within fourteen days of receipt of a copy of the Report. Petitioner's objection was filed on August 23, 2013 (DE 13). The Court has conducted a de novo review of the record and is otherwise advised in the premises.

The Court agrees with Judge White's findings and conclusion. For the reasons stated in the Report of the Magistrate Judge and upon an independent review of the file, it is hereby

**ORDERED AND ADJUDGED** that

1.     United States Magistrate Judge White's Report (DE 11) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety;

2.     This Case is **DISMISSED WITHOUT PREJUDICE**;

1

3. Petitioner's Requests to Leave to Amend 28 U.S.C. § 2255 (DE 14, DE 15) are **DENIED**; and

4. The Clerk of Court shall **CLOSE** this Case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___ day of January, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of record
Torres Holmes, *pro se*
72477-004
Coleman I-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 1033
Coleman, FL 33521